DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HARDY DICKERSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2807

[November 22, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael I. Rothschild, Judge; L.T. Case Nos. 11-18609 CF10A, 12-2368 CF10A and 12-3395 CF10A.

Hardy Dickerson, Bonifay, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***